[No. 63447-0-I. Division One. June 28, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. OTIS WENDEL WILLIAMS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 08-1-12499-8, Douglass A. North, J., entered April 27, 2009. *Reversed* and *remanded* by unpublished per curiam opinion.

[No. 63666-9-I. Division One. June 28, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. DANIEL VALENTINE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 99-1-00573-9, LeRoy McCullough, J., entered May 11, 2009. *Dismissed* by unpublished opinion per Becker, J., concurred in by Appelwick and Lau, JJ.

[No. 64762-8-I. Division One. June 28, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIAM QUINN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 09-1-03484-9, Hollis R. Hill, J., entered December 16, 2009. *Remanded* by unpublished per curiam opinion.

[No. 64942-6-I. Division One. June 28, 2010.]

JAMES OMSHA, *Respondent*, v. JOSEPH MARTIN ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Pierce County, No. 07-2-12918-4, Katherine M. Stolz, J., entered May 1, 2009. *Reversed* and *remanded with instructions* by unpublished opinion per Cox, J., concurred in by Leach, A.C.J., and Becker, J.